# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Littlefield, Jr., Robert E. | Albany, New York | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

James T. Foley U. S. Courthous
445 Broadway
Albany, NY 12207

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (uncompensated family trust) | ☐ Irrevocable Trust. Please see Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CRBBA | 11/02/12-11/03/12 | Cooperstown, NY | speaker | hotel, meals |
| 2. | Western New York Bankruptcy Conf. | 05/11/12 | Batavia, NY | speaker | mileage, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Notre Dame Federal Credit Union | college tuition loan - child's responsibility | K |
| 2. | Citibank | college tuition loan - child's responsibility | J |
| 3. | Capital Communications FCU | college tuition loan-child's responsibility | K |
| 4. | Capital Communications FCU | law school tuition-child's responsibility | K |
| 5. | US Dept of Education | Daughter's college tuition loan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dreyfus Money Fund | A | Dividend | J | T | | | | | |
| 2. Exxon Mobil Oil Common Stock | A | Dividend | J | T | | | | | |
| 3. IBM Common Stock | A | Dividend | J | T | | | | | |
| 4. GE Common Stock | A | Dividend | J | T | Sold (part) | 09/13/12 | J | | |
| 5. Invest Co., AM Mutual fund | A | Dividend | J | T | | | | | |
| 6. Cisco Systems Common Stock | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 7. Intel. Corp. Common Stock | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 8. Microsoft Corp. Common Stock | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 9. Walmart Stores Common Stock | A | Dividend | J | T | | | | | |
| 10. Investment Co AM Mutual Fund | A | Dividend | J | T | | | | | |
| 11. Amgen, Inc. Common Stock | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 12. EMC Corp. Common Stock | | None | J | T | Sold (part) | 09/10/12 | J | | |
| 13. Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 14. Waste Mgmt Common Stock | A | Dividend | J | T | | | | | |
| 15. Ishares Index Fund | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 16. IsharesMidcap Index Fund (EFA) | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 17. Chevron Corp Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coca-Cola Common Stock | A | Dividend | J | T | | | | | |
| 19. Merck Common Stock | A | Dividend | J | T | | | | | |
| 20. Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 21. United Health Group Common Stock | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 22. Medtronic Inc. Common Stock | A | Dividend | | | Sold | 09/10/12 | J | | |
| 23. ALCOA Inc. Common Stock | A | Dividend | | | Sold | 12/11/12 | J | | |
| 24. Apple Computer Inc. Common Stock | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 25. NFJ Dividend Interest and Premium Strategy Fund | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 26. Altria Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 27. Bristol Myers Squibb Common Stock | A | Dividend | J | T | | | | | |
| 28. Dow Chemical Common Stock | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 29. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 30. Assured Guaranty Muni Hldgs 6.875% | A | Dividend | J | T | | | | | |
| 31. Glaxosmith Kline Common Stock | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 32. Vodafone Group PLC Common Stock | A | Dividend | J | T | | | | | |
| 33. LMP Real Estate Income FD Div Equity | A | Dividend | | | Sold | 01/06/12 | J | | |
| 34. Allianze SE 8.375 Preferred Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman Sachs Group Inc. Preferred Stock | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 36. Public Storage MD 6,625 Preferred Stock | A | Dividend | | | Redeemed | 04/11/12 | J | | |
| 37. Berkshire Hathaway, Inc. CL B | | None | J | T | Sold (part) | 09/10/12 | J | | |
| 38. Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 39. Nextera Energy, Inc. | | None | J | T | | | | | |
| 40. Deutsche Bank Contingent 8.05% Capital CR TR V | A | Dividend | J | T | Sold (part) | 09/10/12 | J | | |
| 41. Trust #1 Real Property Albany County NY SEE PART VIII | | None | N | Q | | | | | |
| 42. Trust #1 Real Property Albany County NY SEE PART VIII | F | Rent | O | S | | | | | |
| 43. Ishares JP Morgan EM Bond Fd | A | Dividend | J | T | Buy | 02/29/12 | J | | |
| 44. Petroleo Bras Sa Ads SEE PART VIII | A | Dividend | J | T | Buy | 01/12/11 | J | | |
| 45. Powershares Db Agriculture Fd SEE PART VIII | | None | J | T | Buy | 5/26/11 | J | | |
| 46. Tortoise Mlp Fund Inc | A | Dividend | J | T | Buy | 12/12/12 | J | | |
| 47. Total S A Spon Adr SEE PART VIII | A | Dividend | J | T | Buy | 01/12/11 | J | | |
| 48. Vanguard Reit Etf | A | Dividend | J | T | Buy | 01/06/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Position inadvertently omitted from prior report. Involves assets disclosed on Part VII Lines 41 and 42.

2) Part VII Line 41 Trust created 6/25/10. Online appraisal dated 5/10/11. Value has been in "N" range since trust creation.

3) Part VII Line 42 Trust created 6/25/10. Full market value estimate of town $940,299.00. Value has been in "O" range since trust creation. Property located in Albany County NY.

4) Part VII Line 44 Inadvertently omitted from prior report.

5) Part VII Line 45 Inadvertently omitted from prior report.

6) Part VII Line 47 Inadvertently omitted from prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Littlefield, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544